UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JENNIFER GUILMETTE, on behalf of herself and all others similar situated,

                Plaintiff,

  - against -

BLISS RESTAURANT BAR & CATERING INC., and RONALD HOFFMAN, an individual,

               Defendants.
------------------------------------------------------------------------X

No.: 25 Civ. 2395

## NOTICE OF APPEARANCE
## FOR TANA FORRESTER

    PLEASE TAKE NOTICE that, I, Tana Forrester, hereby respectfully enter an appearance for the Plaintiff in connection with the above-captioned action, and request that copies of all papers in this action be served upon me at the address stated below.

    I certify that I am admitted to practice before this Court.

Dated: Melville, New York
       April 30, 2025

Respectfully submitted,

By: _____
     Tana Forrester

**KESSLER MATURA P.C.**
Garrett Kaske
Tana Forrester
534 Broadhollow Road, Suite 275
Melville, New York 11747
(631) 499-9100
gkaske@kesslermatura.com
tforrester@kesslermatura.com

*Attorneys for Plaintiffs and the Putative Collective and Class Actions*