UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER GUILMETTER, on behalf of herself and all others similar situated, | Civil Action No.: 25-cv-02395 |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| -against- | |
| BLISS RESTAURANT BAR & CATERING INC., and RONALD HOFFMAN, an individual, | |
| Defendants. | |

James F. Murphy, a partner of LEWIS JOHS AVALLONE AVILES, LLP, attorneys for Defendants, BLISS RESTAURANT BAR & CATERING INC., and RONALD HOFFMAN, an individual, hereby appears and asks that he be added to the list of e-filers in this case (jfmurphy@lewisjohs.com) of those receiving notices.

Dated: Islandia, New York
May 15, 2025

LEWIS JOHS AVALLONE AVILES, LLP

By: _____
James F. Murphy
1377 Motor Parkway, Suite 400
Islandia, New York 11749
T: (631) 755-0101
E-mail: jfmurphy@lewisjohs.com

*Attorneys for Defendant*
*Bliss Restaurant Bat & Catering Inc., and*
*Ronald Hoffman, an individual*

TO:     Garrett Kaske
            Tana Forrester
            KESSLER MATURE P.C.
            *Attorneys for Plaintiff*
            534 Broadway Road, Suite 275
            Melville, New York 11747
            T: (631) 499-9100
            E-mail: gkaske@kesslermatura.com
                        tforrester@kesslermatura.com