UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER GUILMETTER, on behalf of herself and all others similar situated,<br><br>                              Plaintiff,<br><br>-against-<br><br>BLISS RESTAURANT BAR & CATERING INC., and RONALD HOFFMAN, an individual,<br><br>                              Defendants. | Civil Action No.:<br>25-cv-02395<br><br>**NOTICE OF APPEARANCE** |

Olivia R. Porter, an attorney at the law office of LEWIS JOHS AVALLONE AVILES, LLP, attorneys for Defendants, BLISS RESTAURANT BAR & CATERING INC., and RONALD HOFFMAN, an individual, hereby appears and asks that she be added to the list of e-filers in this case (orporter@lewisjohs.com) receiving notices.

Dated:  Islandia, New York
          August 21, 2025

                                          LEWIS JOHS AVALLONE AVILES, LLP

                                          By: _____
                                                  Olivia R. Porter
                                          1377 Motor Parkway, Suite 400
                                          Islandia, New York 11749
                                          T: (631) 755-0101
                                          E-mail: orporter@lewisjohs.com

                                          *Attorneys for Defendant*
                                          *Bliss Restaurant Bat & Catering Inc., and*
                                          *Ronald Hoffman, an individual*

TO:    Garrett Kaske
        Tana Forrester
        KESSLER MATURE P.C.
        *Attorneys for Plaintiff*
        534 Broadway Road, Suite 275
        Melville, New York 11747
        T: (631) 499-9100
        E-mail: gkaske@kesslermatura.com
                 tforrester@kesslermatura.com