| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>           U.S. MAGISTRATE JUDGE | DATE:  1/20/26<br>TIME:   11:00 am |

CASE:  **CV 25-2395 (RER) Guilmette v. Bliss Restaurant Bar & Catering Inc. et al**
TYPE OF CONFERENCE: STATUS/MOTION              FTR: 11:10-11:15

APPEARANCES:
    For Plaintiff:  <u>Garret Kaske</u>

    For Defendant: <u>James Murphy</u>

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒    Other:   Status conference held. The stay is continued for the reasons set forth on the record. The conference is adjourned until February 10, 2026 at 10:45am.  If defense counsel moves to withdraw the motion will be filed in advance of the conference on notice to the client and client will appear in person or by phone as circumstances permit. The statute of limitations for Plaintiff is tolled for the duration of the stay.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

       <u>  2/10/26 at 10:45 am            </u>: Status conference

The Court's WebEx Information: 571-353-2301 and enter access code 606158721# at the prompt.

                                                                      SO ORDERED

                                                                       /s/Steven I. Locke
                                                                      STEVEN I. LOCKE
                                                                      United States Magistrate Judge