# LEWIS JOHS
## Lewis Johs Avallone Aviles, LLP
*Counsellors at Law*

January 22, 2026

<u>**VIA ECF**</u>

Hon. Steven I. Locke, Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    Jennifer Guilmette v. Bliss Restaurant Bar & Catering, Inc., et al.
            Case No.:  25-cv-02395-RER-SIL
            LJAA File No.:  0153.1930.0000

Dear Judge Locke:

I write to inform the Court that as of Friday, January 23, 2026, I will no longer be an associate with the firm of Lewis Johs Avallone Aviles, LLP, and therefore, will no longer be working on this matter. I respectfully request that I be removed from the representation and e-filing list for defendants Bliss Restaurant Bar & Catering, Inc. and Ronald Hoffman.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Olivia R. Lockwood*
Olivia R. Lockwood
orporter@lewisjohs.com
*Islandia Office*
ORL/lc