

February 27, 2026

**Via ECF**
Hon. Steven I. Locke, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    ***Guilmette v. Bliss Restaurant Bar & Catering Inc.,***
              **No. 25 Civ. 2395 (RER)(SIL)**

Dear Judge Locke:

      Kessler Matura P.C. represents Plaintiff in this action. Plaintiff writes with Defendants to advise the Court that the Parties are available to reschedule the February 20 conference to one of the following dates: March 6, 11, or 12.

      Additionally, we are pleased to report that Defendants agreed to consent to Plaintiffs' FLSA conditional certification motion. To these ends, the Parties submitted a stipulation and order regarding the notice process and notice forms. *See* ECF No. 18 (Stip. & Proposed Ord.). The stipulation also includes a proposed scheduling order to bring this case from the restart of discovery and the FLSA notice period through the end of discovery. *See id.* ¶ 9. If the terms of the stipulation are acceptable, the Parties respectfully request that the Court (a) So Order it, (b) schedule the status and pretrial conferences included in the proposed order, and (c) forgo rescheduling the conference from February 20.

      Thank you for Your Honor's consideration of this matter.

                                                               Respectfully submitted,

                                                               Garrett Kaske

cc: Counsel of Record (via NYSCEF)