UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

JENNIFER GUILMETTE, on behalf of herself and all others similar situated,

Plaintiffs,

- against -

BLISS RESTAURANT BAR & CATERING INC., and RONALD HOFFMAN, an individual,

Defendants.

-------------------------------------------------------------------- X

**No.: 25 Civ. 2395 (RER) (SIL)**

## NOTICE OF DISTRIBUTION OF THE COURT-AUTHORIZED NOTICE AND SETTING OF THE OPT-IN DEADLINE

PLEASE TAKE NOTICE, on April 2, 2026, Plaintiff's counsel distributed the court-authorized Notice to the 16 individuals on the Collective List provided to Plaintiff by Defendants.

As a result, the 60-day Opt-in Period has started and will end on June 1, 2026.

Dated: Melville, New York
April 6, 2026

Respectfully submitted,

Garrett Kaske

Garrett Kaske
Tana Forrester
**KESSLER MATURA P.C.**
534 Broadhollow Road, Suite 275
Melville, New York 11747
(631) 499-9100
gkaske@kesslermatura.com
tforrester@kesslermatura.com

*Attorneys for Plaintiff and the Putative Class and Collective Actions*