# KESSLER MATURA

July 2, 2026

**Via ECF**
Hon. Steven I. Locke, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> Re:    ***Guilmette v. Bliss Restaurant Bar & Catering Inc.,***
>          **No. 25 Civ. 2395 (RER)(SIL)**

Dear Judge Locke:

My office represents Plaintiff and the Opt-In Plaintiffs.  Please accept this letter as Plaintiff's Motion to Compel, pursuant to Section 4(A)(i) of Your Honor's Individual Rules, Local Rules 37.1 and 37.3, and Fed. R. Civ. P. 37(3)(B)(iii).  As set out below, because Defendants have not responded to Plaintiff's First Set of Interrogatories and First Set of Document Requests on Defendants, Plaintiff respectfully requests that the Court grant this motion.  *See* Exs. A. (Interrogs.); B (Doc. Reqs.).

On September 8, 2025, Plaintiff's served her First Set of Interrogatories and First Set of Document Requests on Defendants by email.  *See* Exs. A. (Interrogs.); B (Doc. Reqs.); Ex. C (Eml., Sept. 8, 2025).  Considering Defendants' inability to participate in discovery at that time, the Court stayed this matter on November 10.  *See* ECF No. 15 (Ltr. Mot. For Conf.); Min. Entry Ord. (Nov. 10, 2025).  After the stay was lifted, Defendants agreed to respond to Plaintiff's discovery by April 10.  *See* ECF No. 20 (So Ordered Stip.) ¶ 9.  But Defendants did not respond.

I advised Defendants' Counsel of this issue on May 13 and asked for to meet and confer.  After several unsuccessful attempts to connect by phone, I spoke with Defendants' Counsel, James F. Murphy, on June 26 at around 3p.  On the call, Defendants' Counsel advised that they would attempt to respond this week.  I asked that given the extended delays and need to bring disputes to the Court, I needed the responses by midweek.  I followed up in email to Defendants' Counsel, asking for the responses by July 1.  *See* Ex. D (Eml., June 26, 2026).  To date, Defendants have failed to provide any responses to these requests.

Accordingly, Plaintiffs respectfully request an order compelling Defendants to respond to the attached discovery requests.  Thank you for your consideration in this matter.

Respectfully submitted,

Garrett Kaske

encs.

cc:    Counsel of Record (via ECF)