# **<u>Exhibit C</u>**

 **Outlook**

---

## Re: Guilmette v. Bliss Restaurant Bar & Catering, Inc. et al. - Case No.: 25-cv-2395

---

**From** Garrett Kaske <gkaske@kesslermatura.com>

**Date** Mon 9/8/2025 5:06 PM

**To** James F. Murphy <jfmurphy@lewisjohs.com>; Olivia R. Porter <orporter@lewisjohs.com>

**Cc** Tana Forrester <tforrester@kesslermatura.com>; Marie Hernandez <mhernandez@lewisjohs.com>

📎 4 attachments (551 KB)

P's 1st Set of Interrs. - 9.8.25 SERVED.pdf; Ps 1st Disc Reqs - 9.8.25 SERVED.pdf; Ps 1st Doc Reqs - 9.8.25 Courtesy.docx; P's 1st Set of Interrs. - 9.8.25 Courtesy.docx;

Good afternoon-

I am attaching Plaintiff's demands.  For your convenience, I've included a Word copy of each.  I find this makes preparing responses easier.

Additionally, can you let me know whether Defendants consent to 216(b) notice?

Best,
Garrett

_____

Garrett Kaske
**Kessler Matura P.C.**
Main - 631.499.9100
Direct – 631.396.0259
Fax - 800.451.0847

CONFIDENTIALITY NOTICE: This email transmission, and any documents, files or previous email messages attached to it may contain confidential or privileged information. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by reply email and destroy the original transmission and its attachments without saving them in any manner.  Thank you.

---

**From:** Marie Hernandez <mhernandez@lewisjohs.com>
**Sent:** Monday, September 8, 2025 4:01 PM
**To:** Garrett Kaske <gkaske@kesslermatura.com>
**Cc:** James F. Murphy <jfmurphy@lewisjohs.com>; Tana Forrester <tforrester@kesslermatura.com>; Olivia R. Porter <orporter@lewisjohs.com>
**Subject:** Guilmette v. Bliss Restaurant Bar & Catering, Inc. et al. - Case No.: 25-cv-2395

Dear Mr. Kaske:

Attached please find Defendants' Demand for Interrogatories and Document Requests in connection with the above-referenced matter.

Thank you.

Marie Hernandez
Legal Administrative Assistant

**LEWIS ▰ JOHS**
Lewis Johs Avallone Aviles, LLP
Counsellors at Law

Lewis Johs Avallone Aviles, LLP
1377 Motor Parkway, Suite 400
Islandia, New York 11749
T: 631.755.0101 | F: 631.755.0117
www.lewisjohs.com

Confidential Notice: This E-Mail/Fax message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail/Fax information is strictly prohibited. Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents.