# Exhibit D

 **Outlook**

---

### Re: Guilmette v. Bliss Restaurant Bar & Catering, Inc. et al. - Case No.: 25-cv-2395

---

**From** Garrett Kaske <gkaske@kesslermatura.com>

**Date** Fri 6/26/2026 3:26 PM

**To** James F. Murphy <jfmurphy@lewisjohs.com>

**Cc** Tana Forrester <tforrester@kesslermatura.com>; Marie Hernandez <mhernandez@lewisjohs.com>

Thanks for the call.  As discussed, we will hold off on moving to compel until next week.  Because the conference is 7/8, we ask that Defendants respond to the 1st set of discovery by 7/1.

Have a nice weekend.

Best,
Garrett

_____

Garrett Kaske
**Kessler Matura P.C.**
Main - 631.499.9100
Direct – 631.396.0259
Fax - 800.451.0847

CONFIDENTIALITY NOTICE: This email transmission, and any documents, files or previous email messages attached to it may contain confidential or privileged information. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by reply email and destroy the original transmission and its attachments without saving them in any manner.  Thank you.

---

**From:** James F. Murphy <jfmurphy@lewisjohs.com>
**Sent:** Friday, June 26, 2026 2:59 PM
**To:** Garrett Kaske <gkaske@kesslermatura.com>
**Cc:** Tana Forrester <tforrester@kesslermatura.com>; Marie Hernandez <mhernandez@lewisjohs.com>
**Subject:** RE: Guilmette v. Bliss Restaurant Bar & Catering, Inc. et al. - Case No.: 25-cv-2395

In my email I said cell is best today. Will call you now.

James F. Murphy
Lewis Johs Avallone Aviles, LLP
1377 Motor Parkway, Suite 400
Islandia, NY 11749
631 755-0101
631 393-1412 Direct
631 755-0117 fax
516 380-3124 cell