# LEWIS JOHS
## Lewis Johs Avallone Aviles, LLP
### Counsellors at Law

July 6, 2026

*Via ECF*
Magistrate Judge Steven I. Locke
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re:     Jennifer Guilmette v. Bliss Restaurant Bar & Catering, Inc., et al.**
**        Case No.: 25-cv-02395-RER-SIL**
**        <u>LJAA File No.: 0153.1930.0000</u>**

Dear Judge Locke:

We represent the defendants, Bliss Restaurant Bar & Catering, Inc. and Ronald Hoffman in connection with the above-referenced action. We write in response to Plaintiff's letter motion (Dkt.19) which seeks an order to compel Defendants to respond to outstanding discovery demands. Serious health issues have made it difficult for Defendants to respond to Plaintiff's demands.

There is a conference regarding this matter scheduled for July 8th before your Honor and Defendants request that Plaintiff's letter motion be addressed at such time.  If the Court is inclined to issue an order prior to the conference, Defendants respectfully request that it be conditional to allow Defendants a short time to respond to Plaintiff's demands before any sanction is imposed.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

James F. Murphy
jfmurphy@lewisjohs.com
*Islandia Office*
JFM/mh
cc:     *Via ECF*
        Counsel of Record