**UNITED STATES DISTRICT COURT**                    **CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**                 **MINUTE ORDER**

BEFORE: STEVEN I. LOCKE                                  DATE:  7/8/26
             U.S. MAGISTRATE JUDGE                         TIME:   10:45 am

CASE:  **CV 25-2395(RER) Guilmette v. Bliss Restaurant Bar & Catering Inc., et al**

TYPE OF CONFERENCE:   MOTION                    FTR: 10:39-10:45

APPEARANCES:
           For Plaintiff:   Garrett Kaske

           For Defendant: James Murphy

**THE FOLLOWING RULINGS WERE MADE:**
☐        Scheduling Order entered.

☐        The court has adopted and So Ordered the joint proposed scheduling order [     ]
           submitted by the parties.

☐        The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.
           The action will be tried in accordance with the discretion and the trial calendar of the
           District Judge.

☒        Other:   Status conference held.  Plaintiffs' motion to compel discovery responses, DE
           [23], is granted consistent with the discussion on the record.  Defendants will produce
           their responses to document discovery on July 22, 2026.  All remaining discovery
           deadlines remain in place.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

           10/19/26 at 10:45 am           : Status conference

                                                            SO ORDERED

                                                             /s/Steven I. Locke
                                                            STEVEN I. LOCKE
                                                            United States Magistrate Judge