**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**CIVIL CONFERENCE**
**MINUTE ORDER**

BEFORE: STEVEN I. LOCKE
U.S. MAGISTRATE JUDGE

DATE: 10/19/2026
TIME: 10:45 am

CASE: **CV 25-2395(RER) Guilmette v. Bliss Restaurant Bar & Catering Inc., et al**

TYPE OF CONFERENCE: STATUS

FTR: 10:39-10:42

APPEARANCES:
For Plaintiff: Garrett Kaske

For Defendant: James Murphy

**THE FOLLOWING RULINGS WERE MADE:**

☐ Scheduling Order entered.

☐ The court has adopted and So Ordered the joint proposed scheduling order [ ] submitted by the parties.

☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒ Other: Status conference held. A referral to mediation to follow.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

1/19/27 at 10:15 am : Status conference

SO ORDERED

/s/Steven I. Locke
STEVEN I. LOCKE
United States Magistrate Judge