UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JENNIFER GUILMETTE

Plaintiff,

**ORDER**
CV 25-2395(RER)

-against-

BLISS RESTAURANT BAR & CATERING INC. et al

Defendants.
-------------------------------------------------------------X

**LOCKE, Magistrate Judge:**

It is HEREBY ORDERED that the above entitled case be referred to mediation pursuant to Local Rule 83.11, and it is further

ORDERED that the parties are offered the option of (a) using a mediator from the Court's panel, (b) selecting a mediator on their own, or (c) seeking the assistance of a reputable neutral ADR organization in the selection of a mediator. Counsel shall consult with the ADR Administrator at (718) 613-2578, respecting their alternatives and selecting a mediator.

Dated: October 19, 2026
Central Islip, New York

**SO ORDERED:**

s/ Steven I. Locke
STEVEN I. LOCKE
United States Magistrate Judge