KESSLER MATURA

November 2, 2026

**Via ECF**
Hon. Steven I. Locke, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re:** ***Guilmette v. Bliss Restaurant Bar & Catering Inc.,***
**No. 25 Civ. 2395 (RER)(SIL)**

Dear Judge Locke:

Kessler Matura P.C. represents Plaintiff and the two Opt-In Plaintiffs in this action. We write with consent of Defendants to request a four-day extension – from November 2 to November 6 – to notify the Court of our selected mediators. The Parties have requested dates from several mediators and are working to lock on in a day that works for all Parties. We expect to have that confirmed by Friday, November 6.

Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

Garrett Kaske

cc: Counsel of Record (via NYSCEF)