KESSLER MATURA

November 6, 2026

**Via ECF**
Hon. Steven I. Locke, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re:** ***Guilmette v. Bliss Restaurant Bar & Catering Inc.,***
**No. 25 Civ. 2395 (RER)(SIL)**

Dear Judge Locke:

Kessler Matura P.C. represents Plaintiff and the two Opt-In Plaintiffs in this action. We write to request a brief extension – from November 6 to November 11 – to file the mediation selection form with the Court.

The Parties are pleased to report that earlier today we agreed on a mediator and a date to mediate (January 12, 2027), which the proposed mediator had previously advised was available. We are now awaiting final confirmation from the mediator to confirm that we are booked for January 12. We expect to have that confirmed by Wednesday, November 11, so we can file the mediation selection form with the Court.

This is the second request to extend this deadline. The Court granted the first request. The original deadline was November 2.

Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

Garrett Kaske

cc: Counsel of Record (via NYSCEF)

KESSLER MATURA P.C. | 445 Broadhollow Road, Suite 316, Melville, New York 11747 | Tel 631.499.9100
www.kesslermatura.com